UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DWAYNE MICENHEIMER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON,<br><br>　　　　　　Defendant. | 1:19-cv-00115-DAD-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO STATE A CLAIM<br>(ECF No. 1.)<br><br>OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS |

On February 11, 2019, the court issued an order dismissing Plaintiff's Complaint for failure to state a claim with leave to file an amended complaint within thirty days. (ECF No. 7.) Plaintiff was granted two thirty-day extensions of time to file the amended complaint. (ECF Nos. 9, 11.) The latest thirty-day deadline has now expired and Plaintiff has not filed an amended complaint, or otherwise responded to the court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, IT IS HEREBY RECOMMENDED that pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after the date of service of these findings and recommendations, Plaintiff may file

written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **June 18, 2019**         **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE