UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DWAYNE MICENHEIMER,<br><br>            Plaintiff,<br><br>      v.<br><br>KERN VALLEY STATE PRISON,<br><br>            Defendant. | 1:19-cv-00115-DAD-GSA-PC<br><br>**ORDER DENYING REQUEST FOR FREE COPIES**<br>**(ECF No. 16.)**<br><br>**ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS ENTERED ON MAY 13, 2019**<br><br>**THIRTY-DAY DEADLINE** |

      Cory Dwayne Michenheimer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On January 24, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

      On May 9, 2019, Plaintiff filed a motion to compel prison officials to provide him with 10 copies of the amended complaint. (ECF No. 12.) The court construed Plaintiff's motion as a motion for preliminary injunctive relief and entered findings and recommendations to deny the motion on May 13, 2019. (ECF No. 12.) Plaintiff was granted 14 days to file objections to the findings and recommendations. (Id.) To date, Plaintiff has not filed objections, and the findings and recommendations are pending.

1

On July 1, 2019, Plaintiff filed a Notice to the court. (ECF No. 16.) In the Notice, Plaintiff asserts that he filed timely objections to the findings and recommendations. However, the court has not received these objections. Good cause appearing, Plaintiff shall be granted a 30-day extension of time to file the objections.

Plaintiff also requests free copies of all of the orders mailed to him by the court. Plaintiff was previously informed that he is not entitled to free copies, See ECF No. 8, hence this request shall be denied. At this stage of the proceedings, if Plaintiff wishes to have copies from his court file he must make a written request to the Clerk; provide the Clerk with a self-addressed envelope large enough to hold the copies, with sufficient postage affixed to the envelope; and submit a money order for payment of $.50 per page for the copies. The court has served all of its orders for this case on Plaintiff at his address-of-record at Salinas Valley State Prison, and there is no evidence that mail sent there has been returned. Plaintiff is advised that absent notice of a change address by Plaintiff, service at his prior address is fully effective. Local Rule 182(f).

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for free copies is DENIED; and
2. Plaintiff is GRANTED an extension of time until thirty days from the date of service of this order in which to file objections to the findings and recommendations entered on May 13, 2019.

IT IS SO ORDERED.

Dated: **July 15, 2019**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE