UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DWAYNE MICENHEIMER,<br><br>Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON,<br><br>Defendant. | No. 1:19-cv-00115-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Cory Dwayne Micenheimer is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for preliminary injunctive relief (Doc. No. 12) be denied because: (1) the relief he seeks therein—an order from the court requiring the warden at Salinas Valley State Prison to provide him with ten copies of his amended complaint—does not remedy or relate to any of his claims in this action in which he asserts claims against officers employed at Kern Valley State Prison; and (2) the court lacks jurisdiction to issue the order sought by plaintiff. (Doc. No. 16 at 1–2.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

2–3.) On August 16, 2019, plaintiff untimely filed his objections. (Doc. No. 19.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis. In his objections, plaintiff contends that he "is entitled to ten copies of his amended complaint," and presents several additional requests, none of which appear to be objections to the pending findings and recommendations. (Doc. No. 19 at 2–3.) The undersigned concludes that plaintiff's objections do not meaningfully dispute the magistrate judge's finding that plaintiff's motion for preliminary injunctive relief must be denied for the reasons set forth above.

Accordingly,

1. The findings and recommendations filed on May 13, 2019 (Doc. No. 16) are adopted in full;
2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 12) is denied; and
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 22, 2019**

UNITED STATES DISTRICT JUDGE